FILED

02/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0619

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0619

_____

SUSAN JOHNSON, DAVE JOHNSON, KATHY
RICH, SUSAN HINKINS, RICHARD
GILLETTE, LINDA FULLER, LARRY JENT,
JULIE JENT, RICHARD J. CHARRON,
KRISTIN CHARRON,

      Plaintiffs and Appellee,                      O R D E R

   v.

CITY OF BOZEMAN,

      Defendants and Appellants.

_____

Upon consideration of Appellant's Motion for extension of time to file its reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until March 22, 2024, to file its reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 28 2024